FILED

08/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0267

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0267

| | |
|---|---|
| EDMUND LANGLOIS,<br><br>Appellant,<br><br>vs.<br><br>ESTATE OF BARBARA KAY LEWIS,<br><br>Appellee. | **ORDER GRANTING EXTENSION OF TIME** |

Upon consideration of Appellee's Unopposed Motion for Extension of Time to File Answer Brief, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 17, 2022, within which to file Appellee's Answer Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 30 2022